# United States Bankruptcy Court
## District of

In Re: Martha E. Santos

Case No.: 12-45802
Chapter: 13
Judge: Donald R. Cassling

**Statement in Response to Notice of Final Cure Payment**

### Part 1: Pre-Petition Arrears

Creditor ☑ agrees or ❑ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

If creditor disagrees:

Amount due to cure pre-petition arrears: $ _____

Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*.

### Part 2: Post-petition Arrears

*Outside the plan:* Creditor ❑ agrees or ☑ does not agree that the debtor(s) has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

If the creditor disagrees:

Amount due to cure post-petition arrears due outside the plan: $ $1,677.54

Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, using the form *Certification Re Post-Petition Payment History (Note and Mortgage)*.

*Inside the plan*: Creditor ❑ agrees or ❑ does not agree that the debtor(s) has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

If the creditor disagrees:

Amount due to cure post-petition arrears due inside the plan: $ _____

Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment,* citing court orders or *Notices of Fees, Expenses and Charges* issued during the case.

### Part 3: Sign Here

The person completing this Statement must sign it. Print your name and other identifying information.

Check the appropriate box.

☑ I am the creditor.          ❏ I am the creditor's authorized agent.
                              (Attach a copy of power of attorney, if any.)

I certify under penalty of perjury that the foregoing is true and correct.

Signature: /s/ Dana C. Potter          Date: 05/17/18

Print:
Name: Dana C. Potter
Title: Collection Support Rep
Company: OneMain Financial Services
Address: P.O. Box 3251
Evansville, IN  47731
Phone: 800-266-9800
Email: cbp@onemainfinancial.com

### Part 4: Service

Notice Mailed to:   Martha E. Santos

Debtor(s) (address): 5208 S. Menard    Chicago, IL  60638

Debtor(s)' Counsel:  Anthony J. Kudron    20 S. Clark Street, Suite 2800    Chicago, IL  60603
   ☑ Via CM/ECF
   ❏ Via email (email address): _____
   ❏ Via US Mail (address): _____

Trustee:   Tom Vaughn    55 E. Monroe Street, Suite 3850    Chicago, IL  60603
   ☑ Via CM/ECF

*new.9/1/10*

**Post Petition Payment(s) - Proof of Claim Attachment**

|  |  |
|---:|---:|
| Name: | Martha Santos |
| Last 4 of Account Number: | 316 |
| Case: | 12-45802 |
| Date of Case Filing | 11/19/2012 |

| POST PETITION PAYMENTS STILL DUE ||
|:---:|:---:|
| Payment Due | Amount of Payment Due |
| 05/01/18 | $ 119.48 |
| 04/01/18 | $ 119.48 |
| 03/01/18 | $ 119.48 |
| 02/01/18 | $ 119.48 |
| 01/01/18 | $ 119.48 |
| 12/01/17 | $ 119.48 |
| 11/01/17 | $ 119.48 |
| 10/01/17 | $ 119.48 |
| 09/01/17 | $ 119.48 |
| 08/01/17 | $ 119.48 |
| 07/01/17 | $ 119.48 |
| 06/01/17 | $ 119.48 |
| 05/01/17 | $ 119.48 |
| 04/01/17 | $ 124.30 |
| Total | $ 1,677.54 |