| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Martha E Santos |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 12-45802 |

# Form 4100R
# Response to Notice of Final Cure Payment                                      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust

**Court claim no. (if known):** N/A

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX9072

**Property address:**
5208 S Menard Avenue
Number   Street

Chicago, IL 60638
City       State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next post-petition payment from the debtor(s) is due on: _____
  MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total post-petition payments due:                               (a) $      1,243.34
  b. Total fees, charges, expenses, escrow, and costs outstanding   +(b) $      4,673.75
  c. **Total.** Add lines a and b                                    (c) $      5,917.09

  Creditor asserts that the debtor(s) are contractually
  Obligated for the post-petition payment(s) that first became
  Due on:                                              05/01/2018
                                                       MM/DD/YYYY
  **Post-petition payment amount is $1,243.34. Per the Agreed
  order there is $4,673.75 remaining to be paid.**

---

Form 4100R          Response to Notice of Final Cure Payment          page 1

Case 12-45802    Doc 82    Filed 05/23/18    Entered 05/23/18 18:19:19    Desc Main
Document    Page 2 of 5

| Debtor 1 | **Martha E Santos** | | | Case number 12-45802 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | ✗ | */s/Toni Townsend* | | Date | 5/23/2018 |
|---|---|---|---|---|---|
| | | Signature | | | |
| Print | | Toni  Townsend | | Title | Attorney for the Creditor |
| | | First Name    Middle Name    Last Name | | | |
| Company | | McCalla Raymer Leibert Pierce, LLC | | | |

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 1 N. Dearborn Suite 1200 | | |
|---|---|---|---|
| | Number           Street | | |
| | Chicago, IL 60602 | | |
| | City                                State    Zip Code | | |
| Contact phone | (312) 346-9088 X5174 | Email | Toni.Townsend@mccalla.com |

| Debtor 1 | **Martha E Santos** | Case number 12-45802 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

BANKRUPTCY CASE NO. 12-45802

CHAPTER 13

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE Response to the Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on the date listed below.

Martha E Santos
5208 South Menard
Chicago, IL 60638

Anthony J Kudron                          *(served via ECF)*
The Semrad Law Firm, LLC
20 S. Clark St., Suite 2800
Chicago, IL 60603

Tom Vaughn, Trustee                       *(served via ECF)*
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S Layng                           *(served via ECF)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   5/23/2018      By:   */s/Toni  Townsend*
                  (date)              Toni  Townsend, ILLINOIS BAR NO. 6289370
                                      Attorney for the Creditor

BK Filed date: 11/19/12
Debtor name: Santos

Fay Servicing, LLC
Post-Petition Payment Ledger

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Susp Balance |
|---|---|---|---|---|---|---|
| 12/1/2012 | $ 988.42 | 12/1/2012 | $ 988.42 | | $ - | $ - |
| 1/1/2013 | $ 988.42 | 1/1/2013 | $ 988.42 | | $ - | $ - |
| 2/1/2013 | $ 988.42 | 7/30/2014 | $ 988.42 | | $ - | $ - |
| 3/1/2013 | $ 988.42 | 8/15/2014 | $ 6,000.00 | | $ 5,011.58 | $ 5,011.58 |
| 4/1/2013 | $ 988.42 | | | | $ (988.42) | $ 4,023.16 |
| 5/1/2013 | $ 988.42 | | | | $ (988.42) | $ 3,034.74 |
| 6/1/2013 | $ 988.42 | | | | $ (988.42) | $ 2,046.32 |
| 7/1/2013 | $ 988.42 | | | | $ (988.42) | $ 1,057.90 |
| 8/1/2013 | $ 988.42 | | | | $ (988.42) | $ 69.48 |
| 9/1/2013 | $ 988.42 | 10/21/2014 | $ 988.42 | | $ - | $ 69.48 |
| 10/1/2013 | $ 988.42 | 12/10/2014 | $ 988.42 | | $ - | $ 69.48 |
| 11/1/2013 | $ 988.42 | 1/27/2015 | $ 988.42 | | $ - | $ 69.48 |
| 12/1/2013 | $ 988.42 | 5/1/2015 | $ 12,851.04 | | $ 11,862.62 | $ 11,932.10 |
| 1/1/2014 | $ 988.42 | | | | $ (988.42) | $ 10,943.68 |
| 2/1/2014 | $ 988.42 | | | | $ (988.42) | $ 9,955.26 |
| 3/1/2014 | $ 988.42 | | | | $ (988.42) | $ 8,966.84 |
| 4/1/2014 | $ 988.42 | | | | $ (988.42) | $ 7,978.42 |
| 5/1/2014 | $ 988.42 | | | | $ (988.42) | $ 6,990.00 |
| 6/1/2014 | $ 988.42 | | | | $ (988.42) | $ 6,001.58 |
| 7/1/2014 | $ 988.42 | | | | $ (988.42) | $ 5,013.16 |
| 8/1/2014 | $ 988.42 | | | | $ (988.42) | $ 4,024.74 |
| 9/1/2014 | $ 988.42 | | | | $ (988.42) | $ 3,036.32 |
| 10/1/2014 | $ 988.42 | | | | $ (988.42) | $ 2,047.90 |
| 11/1/2014 | $ 988.42 | | | | $ (988.42) | $ 1,059.48 |
| 12/1/2014 | $ 988.42 | | | | $ (988.42) | $ 71.06 |
| 1/1/2015 | $ 988.42 | 6/16/2015 | $ 988.42 | | $ - | $ 71.06 |
| 2/1/2015 | $ 988.42 | 7/16/2015 | $ 988.42 | | $ - | $ 71.06 |
| 3/1/2015 | $ 988.42 | 8/28/2015 | $ 988.42 | | $ - | $ 71.06 |
| 4/1/2015 | $ 988.42 | 10/1/2015 | $ 988.42 | | $ - | $ 71.06 |
| 5/1/2015 | $ 988.42 | 10/22/2015 | $ 988.42 | | $ - | $ 71.06 |
| 6/1/2015 | $ 988.42 | 11/30/2015 | $ 988.42 | | $ - | $ 71.06 |
| 7/1/2015 | $ 988.42 | 1/18/2016 | $ 988.42 | | $ - | $ 71.06 |
| 8/1/2015 | $ 988.42 | 3/11/2016 | $ 988.42 | | $ - | $ 71.06 |
| 9/1/2015 | $ 988.42 | 4/20/2016 | $ 988.42 | | $ - | $ 71.06 |
| 10/1/2015 | $ 988.42 | 6/10/2016 | $ 988.00 | | $ (0.42) | $ 70.64 |
| | | 7/25/2016 | $ 900.42 | | $ 900.42 | $ 971.06 |
| 11/1/2015 | $ 988.42 | 8/23/2016 | $ 988.42 | | $ - | $ 971.06 |
| 12/1/2015 | $ 988.42 | 10/12/2016 | $ 988.42 | | $ - | $ 971.06 |
| 1/1/2016 | $ 988.42 | 12/5/2016 | $ 988.42 | | $ - | $ 971.06 |
| 2/1/2016 | $ 988.42 | 1/9/2017 | $ 885.54 | | $ (102.88) | $ 868.18 |
| 3/1/2016 | $ 988.42 | 2/1/2017 | $ 368.72 | | $ (619.70) | $ 248.48 |
| 4/1/2016 | $ 988.42 | 5/15/2017 | $ 1,771.08 | | $ 782.66 | $ 1,031.14 |
| 5/1/2016 | $ 988.42 | | | | $ (988.42) | $ 42.72 |
| 6/1/2016 | $ 988.42 | 6/8/2017 | $ 1,770.98 | | $ 782.56 | $ 825.28 |
| 7/1/2016 | $ 988.42 | 7/18/2017 | $ 885.54 | | $ (102.88) | $ 722.40 |
| 8/1/2016 | $ 988.42 | 11/8/2017 | $ 2,000.00 | | $ 1,011.58 | $ 1,733.98 |
| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Susp Balance |

BK Filed date: 11/19/12  
Debtor name: Santos  
Fay Servicing, LLC  
Post-Petition Payment Ledger

| Date | Amount | Date | Amount | | Adjustment | Balance |
|---|---|---|---|---|---|---|
| 9/1/2016 | $ 988.42 | | | | $ (988.42) | $ 745.56 |
| Agreed Order entered including 10/1/16 - 12/1/16 | $ 745.56 | | | | $ (745.56) | $ - |
| 1/1/2018 | $ 1,243.34 | 1/24/2018 | $1,243.34 | | $ - | $ - |
| 2/1/2018 | $ 1,243.34 | 2/22/2018 | $1,243.34 | | $ - | $ - |
| | | 2/22/2018 | | | $ - | $ - |
| | | 3/21/2018 | | | $ - | $ - |
| 3/1/2018 | $ 1,243.34 | 3/22/2018 | $1,243.34 | | $ - | $ - |
| | | 4/4/2018 | | | $ - | $ - |
| | | 4/13/2018 | | | $ - | $ - |
| 4/1/2018 | $ 1,243.34 | 4/30/2018 | $1,243.34 | | $ - | $ - |
| 5/1/2018 | $ 1,243.34 | | | | $ (1,243.34) | $ (1,243.34) |
| Balance Due | | | | | $ - | $ (1,243.34) |
| Agreed Order Balance | $4,673.76 | | | | $ (4,673.76) | $ (5,917.10) |
| Balance Due | | | | | $ - | $ (5,917.10) |